IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Raymond Thomas and Dawn Thomas, :
            Appellants :
             :
            v. : No. 743 C.D. 2021
             :
County of Bucks Tax Claim Bureau :

**PER CURIAM**                  **O R D E R**

NOW, April 14, 2023, having considered Appellants' application for reargument/reconsideration and Appellee's answer in response thereto, the application is DENIED.